**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DESHON MICHAEL PARKER,<br><br>　　Defendant/Judgment Debtor,<br>　and<br>BUFFALO WILD WINGS,<br><br>　　　　Garnishee. | NO. 2:17-MC-00078-RSL<br><br>(2:98-CR-00725-TSZ-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Buffalo Wild Wings, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Buffalo Wild Wings filed a proper Answer on September 15, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Deshon Michael Parker, was an active employee who was paid bi-weekly.

//

//

**CONTINUING GARNISHEE ORDER** (*USA v. Deshon Michael Parker & Buffalo Wild Wings*, **2:17-MC-00078-RSL / 2:98-CR-00725-TSZ-1**) **- 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about July 28, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Buffalo Wild Wings, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Deshon Michael Parker, upon each period of time when Defendant/Judgment Debtor Parker is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Parker's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Parker's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:17-MC-00078-RSL and 2:98-CR-00725-TSZ-1, and to deliver such payment either personally or by First Class Mail to:

//

**CONTINUING GARNISHEE ORDER (***USA v. Deshon Michael Parker & Buffalo Wild Wings***, 2:17-MC-00078-RSL / 2:98-CR-00725-TSZ-1) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  United States District Court, Western District of Washington
2  Attn: Financial Clerk – Lobby Level
   700 Stewart Street
3  Seattle, Washington 98101

4  Dated this 14th day of November, 2017.

5

6  *[signature]*
   JUDGE ROBERT S. LASNIK
7  United States District Court Judge

8

9  Presented by:

10

11 s/ Kyle A. Forsyth
   KYLE A. FORSYTH, WSBA #34609
12 Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Deshon Michael Parker & Buffalo Wild Wings*, 2:17-MC-00078-RSL / 2:98-CR-00725-TSZ-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970